IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,      )
                               )
    Plaintiff,                 )
                               )        CIVIL ACTION NO.
    v.                         )         2:09cv1072-MHT
                               )              (WO)
GERALD F. SMITH, a/k/a,        )
Gerald Francis Smith,          )
                               )
    Defendant.                 )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to dismiss complaint (doc. no. 22) is granted and that this cause is dismissed, with no costs taxed.

The court assumes that defendant has no objection to the dismissal; however, if he does, he has 14 days from the date of this judgment to so notify the court and the court will then set aside the judgment.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 28th day of May, 2010.**

                                         **/s/ Myron H. Thompson**
                                  **UNITED STATES DISTRICT JUDGE**